| PROB 22 MD/FL 6/13 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:07-cr-84-FtM-34DNF |
| | | DOCKET NUMBER (Rec. Court) |
| | | 1:14-CR-62-TWP-DML |

FILED APR 02 2014 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dustin Eli Byrer <br> ███████ <br> Greenwood, Indiana 46142 | Middle District of Florida | Fort Myers Division |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Marcia Morales Howard | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/11/2013 | TO LIFE |

| OFFENSE |
|---|
| Receiving a Visual Depiction Involving the Sexual Exploitation of Minors |

CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT. MYERS, FLORIDA  14 APR 21 PM 3:12  FILED

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Florida

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the  Southern District of Indiana  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 17, 2014_
Date

_Marcia Morales Howard_
Marcia Morales Howard
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Southern  DISTRICT OF  Indiana

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

04/07/2014
Effective Date

_Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana